EDWIN M. CRAGIN, Respondent, *v.* JAMES O'CONNELL et al., Appellants.

*Cragin* v. *O'Connell,* 50 App. Div. 339, affirmed.
(Argued November 21, 1901; decided December 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

2, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Michael J. Scanlan* for appellants.

*William V. Rowe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.